UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES H. LANEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV2119 JCH |
| | ) | |
| DOUG PRUDDEN, et al., | ) | |
| | ) | |
| Respondent(s). | ) | |

## ORDER

This matter is before the Court on Petitioner's Second Motion for Judgment on the Pleadings Pursuant to Rule 12(c), F.R.CIV.P., filed on March 31, 2011.  (ECF No. 13).  The basis of Petitioner's motion is Respondents' purported failure to file a timely response to the Court's Order of January 27, 2011, which directed Respondents to show cause why the relief requested by Petitioner should not be granted.  (ECF No. 13, ¶¶ 3-5).  On April 7, 2011, the Court granted Respondents' request for an extension of time to file a response.  (ECF No. 15).  Respondents filed their response on April 26, 2011.  (ECF No. 17).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Second Motion for Judgment on the Pleadings Pursuant to Rule 12(c), F.R.CIV.P. is **DENIED**.

Dated this   7th   day of March, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE